IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BRI'YANA RUMPH                                                                             PLAINTIFF

v.                              CASE NO. 4:17-CV-00740 BSM

STONEMARK MANAGMENT, LLC                                                   DEFENDANT

## ORDER

The parties' joint motion for a stipulated collective action settlement, settlement approval, and dismissal with prejudice [Doc. No. 17] is granted. Based on the motion and accompanying exhibits, a Fair Labor Standards Act opt-in class, for settlement purposes only, is certified as all individuals who held an hourly position with defendant Stonemark Management, LLC in which they received a non-discretionary bonus and worked more than 40 hours per week during at least one workweek between November 9, 2014, through December 31, 2017. Josh Sanford and Joshua West of the Sanford Law Firm, PLLC are appointed as class counsel.

The settlement agreement appears to be fair and reasonable, and it is therefore approved. Accordingly, the case is dismissed with prejudice, and jurisdiction is retained to enforce the terms of the settlement agreement.

IT IS SO ORDERED this 13th day of August 2018.

_____
UNITED STATES DISTRICT JUDGE