IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**BRI'YANA RUMPH**                                                          **PLAINTIFF**

v.                               CASE NO. 4:17-CV-00740 BSM

**STONEMARK MANAGMENT, LLC**                                  **DEFENDANT**

## JUDGMENT

Consistent with the order entered on this day, this case is dismissed with prejudice.

IT IS SO ORDERED this 13th day of August 2018.

_____
UNITED STATES DISTRICT JUDGE